UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Eric Sandles,

    Plaintiff,

v.                                      Honorable Sean F. Cox

Jan Geht, *et al.*,                    Case No. 12-12821

    Defendants.
_____/

## ORDER DENYING
## PLAINTIFF'S MOTION FOR RECONSIDERATION (DOCKET ENTRY NO. 34)

This matter is currently before the Court on Plaintiff's Motion for Reconsideration of this Court's Order Denying Plaintiff's Motion to Vacate Referral to Magistrate Judge.

The Court finds that oral argument would not significantly aid the decisional process with respect to this motion. *See* Local Rule 7.1(f)(2), U.S. District Court, Eastern District of Michigan. The Court therefore orders that the motion will be decided without oral argument.

Having reviewed Plaintiff's motion, IT IS ORDERED that Plaintiff's Motion for Reconsideration is DENIED because Plaintiff has not demonstrated a palpable defect by which the court and the parties have been misled.

IT IS SO ORDERED.

Dated: October 31, 2012                        s/ Sean F. Cox
                                                                        Sean F. Cox
                                                                         U. S. District Court Judge

I hereby certify that on October 31, 2012, the foregoing document was served upon counsel of

record by electronic means and upon John Eric Sandles by First Class Mail at the address below:

John Eric Sandles
7266 Winthrop Street
Detroit, MI 48228


Dated: October 31, 2012                              s/ J. McCoy
                                                                         Case Manager